```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13250
    ANDERSON L STEWART
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9039


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was not confirmed.

     The case was dismissed without confirmation 07/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

ILLINOIS TITLE LOANS         SECURED VEHIC    1300.00           .00           .00
VALUE AUTO MART              SECURED VEHIC   10080.00           .00           .00
VALUE AUTO MART              UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE     PRIORITY       NOT FILED           .00           .00
ALL FINANCIAL SERVICES       UNSECURED      NOT FILED           .00           .00
DIRECT TV                    UNSECURED      NOT FILED           .00           .00
AMERICAS FINANCIAL CHOIC     UNSECURED         527.72           .00           .00
AMERICAS FINANCIAL CHOIC     UNSECURED      NOT FILED           .00           .00
HSBC NEVADA                  UNSECURED      NOT FILED           .00           .00
AT & T BANKRUPCTY            UNSECURED      NOT FILED           .00           .00
CORTRUST BANK                UNSECURED      NOT FILED           .00           .00
CERTEGY PAYMENT RECOVERY     UNSECURED      NOT FILED           .00           .00
CHECK N GO                   UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO PARKING      UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON          UNSECURED         425.53           .00           .00
COOK COUNTY STATES ATTOR     UNSECURED      NOT FILED           .00           .00
CREDIT ONE BANK              UNSECURED      NOT FILED           .00           .00
AT&T/SBC/ILLINOIS FACC       UNSECURED      NOT FILED           .00           .00
FIRST NATIONAL BANK OF M     UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD             UNSECURED         299.36           .00           .00
FIRST PREMIER BANK           UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD             UNSECURED         486.31           .00           .00
TRIBUTE MASTERCARD           UNSECURED      NOT FILED           .00           .00
MJD AUTO                     UNSECURED         947.30           .00           .00
NATIONAL ACTION FINANCIA     UNSECURED      NOT FILED           .00           .00
DIRECTV INC                  UNSECURED      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE     UNSECURED         817.71           .00           .00
PAYDAY LOAN STORE OF ILL     UNSECURED      NOT FILED           .00           .00
TATE AND KERLIN ASSOC        UNSECURED      NOT FILED           .00           .00
PAYDAY LOAN STORE            UNSECURED      NOT FILED           .00           .00
TRANSWORLD SYSTEMS           UNSECURED      NOT FILED           .00           .00
TRIBUTE                      UNSECURED      NOT FILED           .00           .00
WEST SIDE EMERGENCY PHYS     UNSECURED      NOT FILED           .00           .00
UNIVERSAL LENDERS INC        UNSECURED        2097.04           .00           .00
WEST SUBURBAN HEALTH CAR     UNSECURED      NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13250 ANDERSON L STEWART
```

```
BETTY KITCHEN              NOTICE ONLY   NOT FILED              .00            .00
ARROW FINANCIAL SERVICES   UNSECURED      1562.60               .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,324.00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                           184.61

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    184.61

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                    184.61
                         ---------------    ---------------
TOTALS                     184.61               184.61
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 11/19/08          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 13250 ANDERSON L STEWART